**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------ x
**JAMEL ALLEN,**

                        **Plaintiff,**

             **NOTICE OF APPEARANCE**

   **-against-**

**CAPT. MICHAEL SAKELLARDIS, et al.,**    02 Civ. 4373 (RJH)(DCF)

                        **Defendants.**
------------------------------------------------------------------------ x

      **PLEASE TAKE NOTICE** that **Elizabeth M. Daitz**, Assistant Corporation Counsel, should be substituted as counsel of record on behalf of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for defendants City of New York, Capt. Sakellardis, and Correction Officers Crespo, Merced and Reyes, having replaced Assistant Corporation Counsel Seth D. Eichenholtz, effective February 17, 2006.

Dated:  New York, New York
         February 17, 2006

                                        MICHAEL A. CARDOZO
                                        Corporation Counsel
                                            of the City of New York
                                        Attorney for Defendants City of New York, Sakellardis, Crespo, Merced and Reyes
                                        100 Church Street, Room 3-183
                                        New York, New York 10007
                                        (212) 788-0775

                                      By:        /s/_____
                                                       Elizabeth M. Daitz (ED1324)
                                                       Assistant Corporation Counsel
                                                       Special Federal Litigation Division

cc:     Jamel "Abdul" Allen
         No. 48177-054
         FCI Otisville
         PO Box 1000
         Otisville, New York 10963