UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

JAMEL "ABDULA" ALLEN,

                        Plaintiff,

               -against-

CAPT. SAKELLARDIS, C.O. CRESPO, and C.O. MERCED,

                        Defendants.

------------------------------------------------------------------------x

**NOTICE OF APPEARANCE**

02 Civ. 4373 (RJH) (DF)

      **PLEASE TAKE NOTICE** that **Craig Hanlon**, Assistant Corporation Counsel, should be listed as counsel of record on behalf of the Corporation Counsel of the City of New York, Michael A. Cardozo, attorney for defendants Captain Sakellaridis, C.O. Crespo and C.O. Merced, in addition to Elizabeth M. Daitz, effective December 3, 2007.

Dated: New York, New York
       December 3, 2007

                                      MICHAEL A. CARDOZO
                                      Corporation Counsel, City of New York
                                      Attorney for Defendants Sakellaridis, Crespo and Merced
                                      100 Church Street, Room 3-198
                                      New York, New York 10007
                                      (212) 788-1580

                                      By: _____
                                      Craig Hanlon (CH 5679)
                                      Assistant Corporation Counsel
                                      Special Federal Litigation Division

To:    Jeh Charles Johnson, Esq. (Via ECF)
        Paul, Weiss, Rifkind, Wharton & Garisson, LLP
        1285 Avenue of the Americas
        New York, NY 10019

        Koren Larissa Bell, Esq. (Via ECF)
        Paul, Weiss, Rifkind, Wharton & Garisson, LLP
        1285 Avenue of the Americas
        New York, NY 10019

Index No. 02 Civ. 4373 (RJH) (DF)

| |
|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK |
| JAMEL "ABDULA" ALLEN,<br><br>                                          Plaintiff,<br><br>-against-<br><br>CAPT. SAKELLARDIS, C.O. CRESPO, and C.O. MERCED,<br><br><br><br>                                          Defendants.<br>. |
| **NOTICE OF APPEARANCE** |
| *MICHAEL A. CARDOZO*<br>*Corporation Counsel of the City of New York*<br>*Attorney for Defendants*<br><br>*100 Church Street*<br>*New York, N.Y.  10007*<br>*Of Counsel: Craig Hanlon*<br><br>*Tel:  (212) 788-1580*<br>*NYCLIS No.* |
| *Due and timely service is hereby admitted.*<br><br>*New York, N.Y.  ................................................,2007*<br><br>*.................................................................... Esq.*<br><br>*Attorney for City of New York* |