UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------x

JAMEL "ABDULA" ALLEN,

                      Plaintiff,

-against-

CAPT. SAKELLARDIS, C.O. CRESPO, and C.O. MERCED,

                      Defendants.

-------------------------------------------------------------------------------x

**NOTICE OF APPEARANCE**

02 Civ. 4373 (RJH) (DF)

       **PLEASE TAKE NOTICE** that **Elizabeth M. Daitz**, Assistant Corporation Counsel, should be listed as counsel of record on behalf of the Corporation Counsel of the City of New York, Michael A. Cardozo, attorney for defendants Captain Sakellaridis, C.O. Crespo and C.O. Merced, in addition to Craig Hanlon, effective December 4, 2007.

Dated: New York, New York
       December 4, 2007

       MICHAEL A. CARDOZO
       Corporation Counsel
       of the City of New York
       Attorney for Defendants Sakellardis, Crespo,
       and Merced
       100 Church Street, Room 3-218
       New York, New York 10007
       (212) 788-0775

By: _____/s/_____
     Elizabeth M. Daitz (ED1324)
     Assistant Corporation Counsel
     Special Federal Litigation Division

cc:   Jeh Charles Johnson, Esq. (Via ECF)
       Koren Larissa Bell, Esq. (Via ECF)
       Paul, Weiss, Rifkind, Wharton & Garisson, LLP
       1285 Avenue of the Americas
       New York, NY 10019

Index No. 02 Civ. 4373 (RJH) (DF)

| |
|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK |
| JAMEL "ABDULA" ALLEN,<br><br>                              Plaintiff,<br><br>                -against-<br><br>CAPT. SAKELLARDIS, C.O. CRESPO, and C.O. MERCED,<br><br>                              Defendants.<br>. |
| **NOTICE OF APPEARANCE** |
| ***MICHAEL A. CARDOZO***<br>*Corporation Counsel of the City of New York*<br>*Attorney for Defendants*<br><br>*100 Church Street*<br>*New York, N.Y.  10007*<br>*Of Counsel: Elizabeth M. Daitz*<br><br>*Tel:  (212) 788-0775*<br>*NYCLIS No.* |
| *Due and timely service is hereby admitted.*<br><br>*New York, N.Y.  ..................................................,2007*<br><br>*...........................................................................Esq.*<br><br>*Attorney for City of New York* |