UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

JAMEL "ABDULA" ALLEN,

                         Plaintiff,

            -against-

CAPT. SAKELLARDIS, C.O. CRESPO, and C.O. MERCED,

                         Defendants.

------------------------------------------------------------------------x

**SUPPLEMENTAL DECLARATION OF ELIZABETH M. DAITZ**

02 Civ. 4373 (RJH) (DF)

      **ELIZABETH M. DAITZ** declares pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

      1.      I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for defendants Sakellaridis (sued as "Sakellardis"), Crespo and Merced.

      2.      As such I am familiar with the facts set forth herein and the exhibits annexed hereto.

      3.      This supplemental declaration is submitted in further support of defendant Merced's motion, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure and this Court's Order of September 18, 2007, for revision of this Court's March 28, 2007 Memorandum and Order denying him summary judgment on plaintiff's malicious prosecution claim.

      4.      Upon review of plaintiff's January 7, 2008 Supplemental Memorandum of Law, I located Joseph Lake by calling the main office of the New York State Division of Parole and inquiring as to whether Mr. Lake is still employed there.

- 2 -

5. The office informed me that Mr. Lake is still employed by the Division of Parole, and is now a Deputy Chief in the Parole Violations Unit.

6. Upon request, I was provided with Mr. Lake's contact information.

7. Accordingly, I obtained Exhibit E annexed hereto, the affidavit of Joseph Lake, Deputy Chief in the Parole Violations Unit of the New York State Division of Parole.

Dated:   New York, New York
         January 18, 2008

                                             _____
                                             ELIZABETH M. DAITZ