UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMEL ABDULA ALLEN,

        Plaintiff,

        v.

CAPT. SAKELLARDIS, C.O. CRESPO,
AND C.O. MERCED,

        Defendants.

02 Civ. 4373 (RJH) (DCF)

**NOTICE OF APPEARANCE**

Please take notice that the undersigned, of the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, is hereby entering an appearance as counsel of record for Plaintiff Jamel Abdula Allen.

Dated:  February 11, 2008

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP

By:   /s/ Sarah Katherine Jackel

Sarah Katherine Jackel
1285 Avenue of the Americas
New York, NY 10019-6064
sjackel@paulweiss.com
Telephone: (212) 373-3587

*Attorney for Plaintiff Jamel Abdula Allen*

TO:

Elizabeth M. Daitz
Seth D. Eichenholtz
Craig Andrew Hanlon
New York City Law Department
Office of the Corporation Counsel
100 Church Street
New York, NY 10007

*Attorneys for Defendants C.O. Sakellardis,*
*C.O. Crespo & C.O. Merced*