UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/20/08
```

JAMEL ALLEN,

    Plaintiff,

v.

CAPT. SAKELLARDIS, C.O. CRESPO, AND
C.O. MERCED,

    Defendants.

02 Civ. 4373 (RJH) (DCF)

## *a* [~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S APPLICATION TO FILE THE DECLARATION OF KENNETH P. OLSEN

  WHEREAS, on February 28, 2008, Plaintiff Jamel Allen filed an application requesting, *inter alia*, leave to file the declaration of Kenneth P. Olsen in further support of Mr. Allen's opposition to defendants' motion, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, for revision of this Court's summary judgment decision on the malicious prosecution claim;

  WHEREAS, on March 14, 2008, this Court heard the oral argument of counsel on defendants' Rule 54(b) motion;

  WHEREAS, at the oral argument, this Court agreed to accept and review the declaration of Mr. Olsen, and counsel for Mr. Allen provided this Court with a copy of the declaration;

  IT IS HEREBY ORDERED THAT:

  Plaintiff's application for leave to file the declaration of Kenneth P. Olsen is granted.

Dated: New York, New York
   March 20, 2008

                _____
                Honorable Richard J. Holwell
                United States District Judge