UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/21/08
```

JAMEL "ABDULA" ALLEN,

                Plaintiff,

-against-

CAPT. SAKELLARDIS, C.O. CRESPO,
and C.O. MERCED,

                Defendants.

02 Civ. 4373 (RJH)

**ORDER**

Before the Court is defendant Merced's motion for revision of this Court's March 28, 2007 Memorandum Opinion and Order denying defendant's motion for summary judgment on plaintiff's claim of malicious prosecution. Having heard argument on this motion on March 14, 2008, and having been informed by plaintiff that he will be seeking administrative relief from the Federal Bureau of Provisions that would arguably render the malicious prosecution claim moot, the Court finds that it is in the interest of justice to stay this action pending the resolution of plaintiff's application to the Bureau of Prisons. The Court, therefore, denies the motion [88] without prejudice to its renewal at such time as the stay is lifted.

SO ORDERED.

Dated: New York, New York
        March 21, 2008

                                          Richard J. Holwell
                                          United States District Judge